1
2
3
4
5
6
7

I HEREBY CERTIFY THAT THIS
DOCUMENT WAS SERVED BY FIRST
CLASS MAIL, POSTAGE PREPAID, TO
(SEE BELOW) AT THEIR RESPECTIVE
MOST RECENT ADDRESS OF RECORD IN
THIS ACTION ON THIS DATE

TO:          DATE:    DEPUTY CLERK:

Plf at PO Box 97, Canoga Park, CA 91305 on 09-09-14 by TS



**FILED**
CLERK, U.S. DISTRICT COURT

September 9, 2014

**CENTRAL DISTRICT OF CALIFORNIA**
BY: _____TS_____ DEPUTY

8
9
10

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

11
12
13
14
15
16
17

LILY S. ALPHONSIS,

            Petitioner,

      v.

THE U.S. DEPARTMENT OF
HOMELAND SECURITY et al.,

         Respondent.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 14-02926-ODW (DFM)

ORDER TO SHOW CAUSE RE:
DISMISSAL

18
19
20
21
22
23
24
25
26
27
28

      Central District Local Rule 41-6 requires Plaintiff to keep the Court apprised of her current address and warns that the Court may dismiss an action for want of prosecution if a party fails to notify the Court in writing of his current address. On May 1, 2014, shortly after the filing of the Complaint, Plaintiff was expressly warned of this requirement: "The Court must be notified within fifteen (15) days of any address change. If mail directed to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the case with or without prejudice for want of prosecution." Dkt. 6 at 1.

In her most recent filing, Plaintiff listed an address different from her address of record. The Court advised Plaintiff informally that she must change her address of record. No change of address was filed. The Court has therefore continued to attempt to serve documents in this case on Plaintiff's address of record by mail. Those documents have been returned to the Court as undeliverable, most recently on August 11, 2014. See Dkt. 10. The Court has contacted Plaintiff telephonically and reminded her of the requirement that she update her address of record. As of today's date, she has not done so.

IT IS THEREFORE ORDERED that Plaintiff show cause within twenty-one (21) days of the date of this order why her action should not be dismissed without prejudice for failure to comply with Local Rule 41-6 and/or for failure to prosecute. Notice to the Court of a current address shall be deemed a sufficient response to this order. If Petitioner does not timely comply with this Court's order to show cause, the Court will recommend that the action be dismissed without prejudice for Petitioner's failure to prosecute. The Clerk is directed to serve by U.S. Mail a copy of this order on Plaintiff's address of record as well as the address shown on Plaintiff's most recent filing on June 24, 2014.

Dated:   September 9, 2014

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge