JS-6/ENTER

**ENTERED**
CLERK, U.S. DISTRICT COURT
December 10, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: TS DEPUTY

**FILED**
CLERK, U.S. DISTRICT COURT
December 10, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: TS DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LILY S. ALPHONSIS, | No. CV 14-02926-ODW (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| THE U.S. DEPARTMENT OF HOMELAND SECURITY et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: December 10, 2014

_____
OTIS D. WRIGHT II
United States District Judge